Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rk_sslaw@speakeasy.net

Attorneys for Plaintiff
Juan Armendariz

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| JUAN ARMENDARIZ, | ) Case No.: 1:10-cv-1778 SKO |
| Plaintiff, | ) STIPULATION FOR DISMISSAL ) AND ORDER |
| vs. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Juan Armendariz ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security

///

///

-1-

("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.

DATE: March 31, 2011          Respectfully submitted,

                                      ROHLFING & KALAGIAN, LLP

                                        /s/ *Laura E. Krank*
                                   BY:_____
                                   Laura E. Krank
                                   Attorney for plaintiff Juan Armendariz

DATE: March 31, 2011
                                   BENJAMIN B. WAGNER
                                   United States Attorney

                                        /s/ *Brenda Pullin*
                                   _____
                                   Brenda Pullin
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant Michael J. Astrue,
                                   Commissioner of Social Security
                                   (Per e-mail authorization)

## **ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

Dated:   **April 1, 2011**                              **/s/ Sheila K. Oberto**
                                                                         UNITED STATES MAGISTRATE JUDGE